Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Hale Lane Peek Dennison and Howard
2300 West Sahara Avenue
Suite 800, Box 8
Las Vegas, Nevada 89102
Telephone (702) 222-2500
Facsimile (702) 365-6940

Robert J. Itri, Esq. (010938)
Brian W. LaCorte, Esq. (012237)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone (602) 530-8000
Facsimile (602) 530-8500

*Attorneys for Plaintiff SWA, L.L.C.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWA, L.L.C., a Nevada limited liability company, | Case No. CV-S-02-1701-KJD-PAL |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| RURAL/METRO CORPORATION, a Delaware corporation, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///

## STIPULATION

Plaintiff SWA, L.L.C. and Defendant Rural/Metro Corporation hereby stipulate to dismiss the above-entitled action with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 31st day of March, 2003.    DATED this 2nd day of April, 2003.

_____    _____
Patrick J. Reilly, Esq.    Lawrence J. Semenza, III
Hale Lane Peek Dennison and Howard    Nevada Bar No. 7174
2300 West Sahara Avenue    3993 Howard Hughes Parkway
Suite 800, Box 8    Suite 600
Las Vegas, Nevada 89102    Las Vegas, Nevada 89109

*Attorneys for SWA, L.L.C.*    *Attorneys for Rural/Metro Corporation*

## ORDER

IT IS SO ORDERED.

DATED this 3rd day of April, 2003.

_____
UNITED STATES DISTRICT COURT JUDGE